OLIVE CORNELL, Respondent, v. ZIEGFELD FOLLIES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ. Clarke, P. J., and Finch, J., dissenting.

PHILIP GALLUB, Doing Business under the Firm Name and Style of ERNSTEIN & GALLUB, Appellant, v. VICTOR E. MEYER, Doing Business under the Firm Name and Style of VICTOR E. MEYER & COMPANY, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ. Smith, J. dissenting.

LINA H. BOGGIANO, as Administratrix, etc., of JOHN BOGGIANO, Deceased, Appellant, v. ALFRED MUSSO, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

MARATHON MOTORS EXPORT COMPANY, Appellant, v. GEORGE C. TAYLOR, as President of the AMERICAN EXPRESS COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JOHN D. LOHMAN, Respondent, v. THE MANNEQUIN CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JOSEPH MOSKOWITZ, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

AUGUSTA LANDES, Respondent, Appellant, v. LEONARD LANDES, Appellant, Respondent.— Interlocutory judgment modified by striking therefrom the requirement that the plaintiff account for the property received by her under and by virtue of the agreement made between the plaintiff and defendant dated the 26th day of September, 1913, and as so modified affirmed, with costs to the plaintiff. No opinion. Settle order on notice. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

IRVING W. FRANKEL, Respondent, v. NEMOURS TRADING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

YORKVILLE BANK, Appellant, v. ABRAHAM COHEN and Others, Respondents, Impleaded with ROYAL SEAL PRODUCTS CORPORATION.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JACOB ROSENBERG, Respondent, v. BARBARA ROSENBERG, Individually, Impleaded with BARBARA ROSENBERG and Others, as Executors, etc., of CHARLES ROSENBERG, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

BEACH E. SMITH, Respondent, v. ROBERT ANDERSON, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.